cretionary power to tax costs to either party or to tax them proportionately among the parties. *Gieselmann v. Stegeman*, 470 S.W.2d 522, 525 (Mo.1971). A trial court's determination of this issue will remain undisturbed on appeal, absent an abuse of discretion. *Id.* We find no abuse of discretion by the trial court. Wife was unsuccessful on the majority of her claims. Point denied.

Judgment affirmed.

CARL R. GAERTNER and STEPHAN, JJ., concur.

**Charles JACKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56629.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 20, 1990.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
April 25, 1990.

Application to Transfer Denied
June 19, 1990.

David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals the denial of his motion pursuant to Rule 27.26 (now repealed) to vacate sentence. No evidentiary hearing was held. We affirm. The findings and conclusions of the motion court are not clearly erroneous and an extended opinion would serve no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

**James L. PATE, Movant–Appellant,**

v.

**STATE of Missouri,
Respondent–Respondent.**

**No. 56630.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 20, 1990.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
April 25, 1990.

Application to Transfer Denied
June 19, 1990.

James S. McKay, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

ORDER

PER CURIAM.

Movant appeals from the denial, without an evidentiary hearing, of his Rule 24.035 motion. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum

for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

**Mark DUCEPT, Movant–Appellant,**

v.

**STATE of Missouri,**
**Respondent–Respondent.**

No. 56708.

Missouri Court of Appeals,
Eastern District,
Division One.

March 20, 1990.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
April 25, 1990.

Application to Transfer Denied
June 19, 1990.

Elizabeth R. Brown, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

ORDER

PER CURIAM.

Movant appeals from the denial, without an evidentiary hearing of his rule 24.035 motion. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

**Johnnie WILLIAMS–BEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 56879.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 20, 1990.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
April 20, 1990.

Application to Transfer Denied
June 19, 1990.

